# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

DR. REUBEN BARRETT,

Plaintiff,

v.

ILLINOIS COMMUNITY COLLEGE DIST. NO. 515, et al.,

Defendants.

Case No. 15 CV 2334
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) ILLINOIS COMMUNITY COLLEGE DIST. NO. 515, BOARD OF TRUSTEES OF ILLINOIS COMMUNITY COLLEGE DISTRICT NO. 515, SUSAN SOLBERG, CHRISTA ADAM, MARIAN KELLY, MARIE HANSEL, and DEBRA PRENDERGAST,
and against plaintiff(s) DR. REUBEN BARRETT.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 8/5/2019                    Thomas G. Bruton, Clerk of Court

/s/Susan McClintic , Deputy Clerk